### 1132.  JORDAN *v.* THE STATE.

POWELL, J.  The evidence against the defendant is meagre, but not so wholly deficient as to warrant this court in interfering with the verdict, on that ground.                    *Judgment affirmed.*

Accusation of gaming, from city court of Sparta—Judge Little. April 16, 1908.

Submitted June 9,—Decided June 18, 1908.

*R. H. Lewis,* for plaintiff in error.

*R. W. Moore, solicitor,* contra.